# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILCOTEK CORPORATION,<br><br>                               Plaintiff,<br><br>v.<br><br>ENTECH INSTRUMENTS, INC.,<br><br>                              Defendant. | Civil Action No.<br><br><br><br><br>**JURY TRIAL DEMANDED**<br><br>*Electronically filed* |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Silcotek Corporation, hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

                                                                                        Respectfully submitted,

Dated: November 20, 2015                       s/ *Cecilia R. Dickson*
                                                               Cecilia R. Dickson
                                                               PA I.D. No. 89348
                                                               Christian D. Ehret
                                                               PA I.D. No. 311984

                                                               The Webb Law Firm, P.C.
                                                               One Gateway Center
                                                               420 Ft. Duquesne Blvd., Suite 1200
                                                               Pittsburgh, PA 15222-2803
                                                               Telephone: (412) 471-8815
                                                               Facsimile: (412) 471-4094
                                                               cdickson@webblaw.com
                                                               cehret@webblaw.com

                                                               ATTORNEYS FOR PLAINTIFF
                                                               Silcotek Corporation

## **CERTIFICATE OF SERVICE**

This is to certify that on November 20th, 2015, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                           /s/ *Cecilia R. Dickson*
                                           ATTORNEY FOR PLAINTIFF
                                           Silcotek Corporation