IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SILCOTEK CORPORATION,      )
                           )
       Plaintiff,      )
   v.                      )   2:15-1531
                           )   Electronic Filing
ENTECH INSTRUMENTS, INC.,  )
                           )
       Defendant.      )

## ORDER DECLINING ASSIGNMENT

IT IS HEREBY ORDERED, this 23rd day of November, 2015, that, in accordance with Section 1(a)(1)(C) of Public Law 111-349, Pilot Program in Certain District Courts, the undersigned judge declines to accept assignment of this case.

                                   s/ DAVID STEWART CERCONE
                                   David Stewart Cercone
                                   United States District Judge

cc:    Cecilia R. Dickson, Esquire
        Christian D. Ehret, Esquire

        (*Via CM/ECF Electronic Mail*)