# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

SILCOTEK CORPORATION

*Plaintiff(s)*

v.

ENTECH INSTRUMENTS, INC.

*Defendant(s)*

Civil Action No. 15-1531

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENTECH INSTRUMENTS, INC.
c/o Susan Moore
2207 Agate Court, Simi Valley, California 93065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cecilia R. Dickson
The Webb Law Firm
One Gateway Center
420 Ft. Duquense Blvd, Suite 1200
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*"ENGTM'QH'EQWTV*

11/20/2015

*Michael J. Lutz*

*"F cvg"* *"Ukipcwtg"qh"Engtm"qt"Fgrw{"Engtm*

# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(NAME OF COURT)

| SILCOTEK CORPORATION | vs. | ENTECH INSTRUMENTS, INC. | 2:15-cv-01531-DSC |
|---|---|---|---|
| Plaintiff | | Defendant | CASE NUMBER |

I __Trent Mackie__ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __ENTECH INSTRUMENTS, INC.__
NAME OF PERSON/ENTITY BEING SERVED

with (list documents) __SUMMONS, COMPLAINT; EXHIBITS A-D__

by leaving with __Susan Moore__   __Executive Secretary__   At
NAME   RELATIONSHIP

☐ Residence _____   _____
ADDRESS   CITY/STATE

☒ Business   __2207 Agate Ct.__   __Simi Valley, CA 93065__
ADDRESS   CITY/STATE

On __11/30/2015__ at __9:05am__
DATE   TIME

Thereafter copies of the document were mailed by prepaid, first class mail on __11/30/2015__
DATE

from __RIALTO__   __CA__   __92377__
CITY   STATE   ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☒ **Substituted at Business**: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge therof.
☐ **Posting**: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**NON-SERVICE:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
DATE TIME   DATE TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE TIME   DATE TIME   DATE TIME

**Description:** Age __50__ Sex __F__ Race __W__ Height __5'-6"__ Weight __180__ Hair __Brwn__

Date: 11/30/15

_____
SIGNATURE OF PROCESS SERVER

Trent Mackie
Registered Process Server
San Bernardino County #534