**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SILCOTEK CORPORATION, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:15-cv-01531-JFC |
| | ) | |
| v. | ) | Hon. Joy Flowers Conti |
| | ) | |
| ENTECH INSTRUMENTS, INC., | ) | |
| | ) | ***Electronically Filed*** |
| Defendant. | ) | |

**JOINT MOTION TO REOPEN THE CASE**

Plaintiff, SilcoTek Corporation ("SilcoTek"), and Defendant, Entech Instruments, Inc. ("Entech" and collectively with SilcoTek, "Parties"), jointly request that this Court lift the stay and reopen this civil action.

On January 23, 2017, this Court issued an Order (Docket No. 20) granting the Parties' stipulation to administratively close and stay the lawsuit pending an *Inter Partes* Review (IPR) proceeding (IPR2017-00354) filed by Entech in the United States Patent and Trademark Office. On July 6, 2017, and further to the Court's Order, SilcoTek filed a Notice of Outcome of *Inter Partes* Review (Docket No. 21) to inform the Court that the Patent Trial and Appeal Board denied institution of IPR2017-00354.

Although the parties have been engaged in discussions regarding potential resolution of this matter, the Parties jointly request that the Court reopen the case, as settlement discussions have proved unsuccessful.  A proposed Order is attached.

No. 2:15-cv-01531-JFC

Respectfully submitted,

| | |
|---|---|
| **THE WEBB LAW FIRM** | **BUCHANAN INGERSOLL & ROONEY PC** |
| s/ *Christian D. Ehret* | s/ *Ralph G. Fischer* |
| Cecilia R. Dickson (PA ID No. 89348) | Ralph G. Fischer (PA ID No. 200793) |
| Christian D. Ehret (PA ID No. 311984) | |
| | One Oxford Centre |
| One Gateway Center | 301 Grant Street, 20th Floor |
| 420 Ft. Duquesne Blvd., Suite 1200 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15222 | 412.562.8800 |
| 412.471.8815 | 412.562.1041 (fax) |
| 412.471.4094 (fax) | ralph.fischer@bipc.com |
| cdickson@webblaw.com | |
| cehret@webblaw.com | *Attorney for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

Dated: January 24, 2018

2